IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER L. LEWIS, | § | |
| | § | No. 453, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID 1401001260 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: November 19, 2015
Decided: November 25, 2015

### ORDER

This 25th day of November 2015, it appears to the Court that, on October 22, 2015, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee and his failure to file his opening brief and appendix in this matter. The appellant did not respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice